Tuesday, April 19, 2011

No. 11–8017/AR. In re Daniel Gaskins, Petitioner v. Hoffman, et al., Respondents. CCA 20080132. Respondents are hereby ordered to show cause on or before May 9, 2011, why the requested relief should not be granted.